# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| CAROL ROXANNE HUNT,<br><br>        Plaintiff,<br>v.<br><br>ENCORE RECEIVABLE MANAGEMENT, INC.,<br><br>        Defendant. | Case No. 1:17-cv-01761-WTL-DML<br><br>Honorable Judge William T. Lawrence |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, CAROL ROXANNE HUNT, and the Defendant, ENCORE RECEIVABLE MANAGEMENT, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, against ENCORE RECEIVABLE MANAGEMENT, INC., pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: January 24, 2018                                                   Respectfully Submitted,

| **CAROL ROXANNE HUNT** | **ENCORE RECEIVABLE MANAGEMENT, INC.** |
|---|---|
| /s/ Nathan C. Volheim | /s/ David M. Schultz (*with consent*) |
| Nathan C. Volheim | David M. Schultz |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| Sulaiman Law Group, LTD | Hinshaw & Culberston |
| 2500 S. Highland Avenue, Suite 200 | 222 North LaSalle Street, Suite 300 |
| Lombard, Illinois 60148 | Chicago, IL 60601 |
| Phone: (630) 575-8181 | Phone: (312) 704-3001 |
| Fax :(630) 575-8188 | dschultz@hinshawlaw.com |
| nvolheim@sulaimanlaw.com | |