UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CAROL ROXANNE HUNT,<br><br>    Plaintiff,<br>v.<br><br>ENCORE RECEIVABLE MANAGEMENT, INC.,<br><br>    Defendant. | Case No: 1:17-cv-01761-WTL-DML<br><br>Honorable Judge William T. Lawrence |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, CAROL ROXANNE HUNT ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., having filed with this Court her Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

DISTRIBUTION:

Dated: 1/26/18

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Nathan C. Volheim
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
(630) 575-8181
nvolheim@sulaimanlaw.com

David M. Schultz
Hinshaw & Culberston
222 North LaSalle Street, Suite 300
Chicago, IL 60601
(312) 704-3001
dschultz@hinshawlaw.com